DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT A. MALDONADO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2008

[August 19, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 50-2016-CF-003089-AXXX-MB.

Robert A. Maldonado, Jasper, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., LEVINE and KLINGENSMITH, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***